BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA  93721
Telephone: (559) 497-4000


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00021 AWI |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME FOR GOVERNMENT TO FILE RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS |
| v. | |
| MICHAEL JOHNSON, | |
| Defendant. | |

　　　IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Marc Days, Assistant Federal Defender, attorney for defendant, that the due date of June 15, 2012 for the government's response to defendant's motion to suppress be extended to June 29, 2012.  The hearing on said motions is scheduled for July 9, 2012, and there is no request to move that hearing date.

　　　The parties are actively engaged in discussions to resolve the matter without a need to proceed on the subject motion. Counsel for both parties have discussed the matter and defendant's attorney has no objection to the request.

Dated: June 14, 2012                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                     By    /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney

Dated: June 14, 2012                       /s/ Marc Days
                                        MARC DAYS
                                        Assistant Federal Defender
                                        Attorney for Defendant


                                ORDER

IT IS SO ORDERED.

Dated:      June 15, 2012          _____
                                   CHIEF UNITED STATES DISTRICT JUDGE